Case 1:24-cr-01489-MLG   Document 2   Filed 10/22/24   Page 1 of 1

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 2 2 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 24-1489 MLG |
| vs. | ) 18 U.S.C. §§ 1153, 2242(3), 2246(2)(A): |
| **JASPER LEE GRAY**, | ) Sexual Abuse. |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

Between on or about December 1, 2023, and December 20, 2023, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **JASPER LEE GRAY**, an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe, without Jane Doe's consent, to include doing so through coercion, in violation of 18 U.S.C. §§ 1153, 2241(a), and 2246(2)(A).

In violation of 18 U.S.C. §§ 1153, 2242(3), 2246(2)(A).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney